

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-19-00066-CV

**IN RE ALLIED PROPERTY & CASUALTY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

On February 1, 2019, relator filed a petition for writ of mandamus.  Relator also filed a motion for stay of the trial court's January 24, 2019 Order pending final resolution of the petition for writ of mandamus, which this court granted on February 4, 2019.  The real parties in interest filed a response.  After considering the petition, this court concludes relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).  The stay imposed on February 4, 2019 is LIFTED.

It is so **ORDERED** on March 13, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 13th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CV-02309, styled *Lois Morris and Gregory Morris v. Shahariar Hassan*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.